**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**

In Re: Charles Ray Mosely
Debtor

Case No.: 16–34831
Chapter: 7

## NOTICE OF CHAPTER 7 CASE CLOSED WITHOUT DISCHARGE

    All creditors and parties in interest are notified that the above−captioned case has been closed without entry of discharge as Debtor did not file Official Form 23, Debtor's Certification of Completion of Instructional Course Concerning Personal Financial Management.

Dated: 1/17/17

David J. Bradley
Clerk of Court

United States Bankruptcy Court
Southern District of Texas

In re:                                                          Case No. 16-34831-kkb
Charles Ray Mosely                                              Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0541-4         User: ShoshanaA         Page 1 of 1         Date Rcvd: Jan 17, 2017
                             Form ID: clsnods7       Total Noticed: 8

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 19, 2017.
db            +Charles Ray Mosely,   3005 Nita,   Houston, TX 77051-4139
9545215       +Centerpoint Energy Entex,   P O Box 1700,   Houston, Rx 77251-1700
9545212       +Credit Acceptance,   P O Box 5070,   Southfield, MI 48086-5070
9545213       +PennyMac Loan Service,   P O Box 51487,   Los Angeles, CA 90051-6314
9545214       +Shellpoint Mortgage Service,   55 Beattie Place STE 110,   Greenville, SC 29601-5115
9545217       +Wells Fargo Home Mortgage,   P O Box 10335,   Des Moines, IA 50306-0335

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
9550714        E-mail/PDF: rmscedi@recoverycorp.com Jan 17 2017 20:58:13
                 Recovery Management Systems Corporation,   25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
9545216        E-mail/Text: txu_legal_collections@txu.com Jan 17 2017 20:55:44     TXU Energy,   P O Box 2270,
                 Palestine, Tx 75802
                                                                                            TOTAL: 2

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*           +Recovery Management Systems Corporation,   25 S.E. 2nd Avenue,   Suite 1120,
                 Miami, FL 33131-1605
                                                                                TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 19, 2017                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 17, 2017 at the address(es) listed below:
              Curlee   Epperson    on behalf of Debtor Charles Ray Mosely cepp@sixtalaw.com
              Ronald J Sommers    on behalf of Trustee Ronald J Sommers efile@nathansommers.com,
               RS@trustesolutions.com,RS@trustesolutions.net,jbatres@nathansommers.com
              Ronald J Sommers    efile@nathansommers.com,  RS@trustesolutions.com,RS@trustesolutions.net,
               jbatres@nathansommers.com
              US Trustee    USTPRegion07.HU.ECF@USDOJ.GOV
                                                                                            TOTAL: 4